PER CURIAM.
Affirmed. United States Fidelity and Guaranty Co. v. Timon, 379 So.2d 113 (Fla. 1st DCA 1979); Travelers Insurance Co. v. Wilson, 371 So.2d 145 (Fla. 3d DCA 1979), cert. denied, 385 So.2d 762 (Fla.1980); Aetna Casualty and Surety Co. v. Ilmonen, 360 So.2d 1271 (Fla. 3d DCA 1978); Government Employees Insurance Co. v. Butt, 296 So.2d 599 (Fla. 3d DCA 1974), cert. denied, 308 So.2d 114 (Fla.1975); § 627.727(1), Fla. Stat. (1979).